UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MELVIN MORALES, individually and on behalf of
all others similarly situated,

                      Plaintiff,

    -against-

MENDES PAINTING AND DECORATING INC.
AND ANTONIO MENDEZ,

                      Defendants.

-------------------------------------------------------------------X

**ORDER**

24 Civ. 7040 (JCM)

On January 16, 2026, the Southern District of New York's Mediation Office informed the Court that the parties settled the above-captioned matter in principle. Thus, the parties are directed to submit their proposed settlement agreement, a letter in support of such agreement pursuant to *Cheeks*, and Plaintiff's counsel's contemporaneous time records by February 20, 2026.

Dated:  January 20, 2026
         White Plains, New York

                           **SO ORDERED:**

                           _____
                           JUDITH C. McCARTHY
                           United States Magistrate Judge

1